No. 599. PAUL, DIRECTOR OF DEPARTMENT OF AGRICULTURE OF CALIFORNIA, ET AL. *v.* FLORIDA LIME & AVOCADO GROWERS, INC., ET AL. Appeal from the United States District Court for the Northern District of California. Probable jurisdiction noted. *Stanley Mosk,* Attorney General of California, *Walter S. Rountree,* Assistant Attorney General, and *Lawrence E. Doxsee* and *John Fourt,* Deputy Attorneys General, for appellants. *Isaac E. Ferguson* for appellees.

No. 239. PAUL, DIRECTOR OF DEPARTMENT OF AGRICULTURE OF CALIFORNIA, ET AL. *v.* UNITED STATES. Appeal from the United States District Court for the Northern District of California. Further consideration of the question of jurisdiction is postponed until a hearing of the case on the merits. Counsel are requested to brief and argue, in addition to the merits, the question of this Court's jurisdiction on direct appeal under 28 U. S. C. § 1253; see 28 U. S. C. § 2281. MR. JUSTICE BLACK and MR. JUSTICE DOUGLAS would note jurisdiction since none of the parties has raised the question concerning the propriety of convening a three-judge court in this case and since the convening of a three-judge court was not palpably erroneous. *Stanley Mosk,* Attorney General of California, *Walter S. Rountree,* Assistant Attorney General, *Lawrence E. Doxsee* and *John Fourt,* Deputy Attorneys General, and *Roger Kent* for appellants. *Solicitor General Cox* for the

United States. Briefs of *amici curiae* in support of appellants were filed for the State of Virginia by *Frederick T. Gray*, Attorney General, and *M. Harris Parker*, Assistant Attorney General; for the State of Montana by *Forrest H. Anderson*, Attorney General, and *Geoffrey L. Brazier*, Special Assistant Attorney General; for the State of Maine by *Frank E. Hancock*, Attorney General, and *Thomas W. Tavenner*, Assistant Attorney General; for the State of Mississippi et al. by *Joe T. Patterson*, Attorney General, and *John L. Hatcher;* for the State of Nevada by *Roger D. Foley*, Attorney General, and *Joseph J. Kay, Jr.*, Special Deputy Attorney General; for the State of North Carolina by *T. Wade Bruton*, Attorney General; for the State of Oregon by *Robert Y. Thornton*, Attorney General; for the State of Louisiana by *Jack P. F. Gremillion*, Attorney General; for Consolidated Milk Producers of San Francisco, Inc., by *Gerald D. Marcus;* for the Dairy Institute of California et al. by *Thomas G. Baggot* and *Jesse E. Baskette;* and for Petaluma Cooperative Creamery by *Joseph A. Rattigan.*